**Robert A. JOHNS, Plaintiff–Appellant,**

v.

**REXAM MEDICAL PACKAGING, INC., Defendant–Appellee.**

No. 05–13469.

United States Court of Appeals, Eleventh Circuit.

April 25, 2006.

J. Hue Henry, J. Hue Henry, P.C., Athens, GA, for Plaintiff–Appellant.

Valecia M. McDowell, James P. McLoughlin, Jr., Moore & Van Allen, PLLC, Charlotte, NC, Andrew J. Hill, III, Basingame, Burch, Garrard and Ashley, P.C., Athens, GA, for Defendant–Appellee.

Before DUBINA, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

In this diversity case applying Illinois law to a contract to produce clear plastic bags for growing mushrooms, Appellant Robert A. Johns ("Johns") appeals the district court's order granting judgment as a matter of law in favor of Appellee Rexam Medical Packaging, Inc. ("Rexam") after a jury returned a verdict in favor of Johns and awarded him $500,000 for breach of implied covenant of good faith and fair dealing.

After reviewing the record, reading the parties' briefs and having the benefit of oral argument, we conclude that there is not even a scintilla of evidence to support Johns's claims.

Accordingly, we affirm the district court's grant of judgment as a matter of law based on its well-reasoned order filed on June 1, 2005.

**AFFIRMED.**